SURRELS *v.* THE STATE.

FISH, J. The only point presented by the bill of exceptions in this case is, in principle, controlled by the decision in *Williams* v. *State*, 107 *Ga.* 693 (1). See also *Brown* v. *State*, 109 *Ga.* 570 (2).

*Judgment affirmed. All the Justices concurring.*

Argued June 17, — Decided July 18, 1901.

Accusation of misdemeanor. Before Judge Proffitt. City court of Elberton. May 16, 1901.

The affidavit on which the accusation was based charged that Surrels did " commit the offense of misdemeanor." The accusation charged "the offense of misdemeanor, for that" Surrels did "unlawfully have and carry about his person, concealed, and not in an open manner and fully exposed to view, a certain pistol." After conviction a motion to arrest judgment was made, because the affidavit was void as stating no offense against the laws. The motion was overruled, and exception was taken.

*W. D. Tutt & Son* and *Samuel L. Olive*, for plaintiff in error.
*Thomas J. Brown, solicitor,* contra.